**Fill in this information to identify the case:**

Debtor 1    Jeremy M Winters

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of Mississippi
(State)

Case number    24-13917

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: FirstBank    Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account:    2  9  7  8

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No

☐ Yes. Date of the last notice: ____/____/_____

---

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---------|--------------------------------------------------|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|-------------|----------------|---|--------|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 1/20/2025 | (3) | $ 250.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Jeremy M Winters                                    Case number *(if known)*  24-13917
_____              _____
First Name    Middle Name        Last Name

---

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ Kristi Weaver**                                Date  04 / 15 / 2025
_____
Signature

Print:   **Kristi Weaver**                             Title   Bankruptcy Coordinator
_____              _____
First Name        Middle Name        Last Name

Company   **FirstBank**
_____

Address   **520 W Summit Hill Dr., Ste 801**
_____
Number            Street
**Knoxville, TN  37902**
_____
City                            State        ZIP Code

Contact phone  ( 866 ) 515_ 2053             Email   dl-mhbankruptcydept@firstbankonline.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                              **Chapter 13**
**Jeremy M Winters, Debtor.**                           **Case No.  24-13917**

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically filed the Notice of Postpetition Mortgage Fees, Expenses and Charges and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

     Thomas C Rollins, Jr, debtor's attorney

     Todd S Johns, bankruptcy trustee

     /s/ Kristi Weaver

     Kristi Weaver
     Loan Representative
     FirstBank
     520 W. Summit Hill Dr., Ste-801
     Knoxville, TN  37902
     (865) 522-2930 ext. 21202
     kristi.weaver@firstbankonline.com

Dated: April 15, 2025