0039-TV-EPIDTV-00638258-595232

# United States Bankruptcy Court
## FOR THE
### Northern District of Mississippi

IN RE: JEREMY MONTRELL WINTERS
2163 ATTALA RD 2127
MC COOL, MS 39108

DATE 05/30/2025

CASE No. 24-13917-SDM

## MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS

SS #1: XXX-XX-9576

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| FAMILY CHOICE / 120 VETERANS MEMORIAL KOSCIUSKO, MS 39090 | 006 | Unsecured PAY 0.0000% | 1,864.66 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/ Todd S. Johns
**Todd S. Johns**

DATED: 5/30/2025

THOMAS C ROLLINS, JR
P O BOX 13767
JACKSON, MS 39236