**SO ORDERED,**



*Selene D. Maddox* (signature)

Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# United States Bankruptcy Court
FOR THE
Northern District of Mississippi

IN RE:  JEREMY MONTRELL WINTERS
2163 ATTALA RD 2127
MC COOL, MS 39108

CASE No. 24-13917-SDM

RE:  FAMILY CHOICE
Court Claim No: 006

## ORDER

THIS DAY, this cause having come before the Court on the Trustee's Motion to Allow Late Filed/Amended or Supplemental Claims (Dkt.# 10) of the above named creditor, it is hereby Ordered that the claim set out in said Motion be allowed as recommended by the Trustee and payable as provided by the Debtor(s) plan and the Order of the Court.

IT IS FURTHER ORDERED that the Debtor(s) are given 30 days from the entry of this order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

SUBMITTED BY:

/s/ Todd S. Johns

Todd S. Johns - MSB #8783
Chapter 13 Trustee
P.O. Box 1326
Brandon, MS  39043-1326
Fax: (601)825-0164
Telephone: (601)825-7663