

**SO ORDERED,**

*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: JEREMY MONTRELL WINTERS                                             NO. 24-13917-SDM

### AGREED ORDER ON MOTION TO ABANDON COLLATERAL AND LIFT STAY AND CODEBTOR STAY (Doc 19)

This matter having come on before this Court on the motion of FirstBank to abandon collateral and lift and terminate the automatic stays of 11 U.S.C. §§ 362 and 1301 and the Court having found that the parties are agreeable to the entry of this Order.

IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

1. The Debtor and codebtor are indebted to FirstBank under a Promissory Note and Security Agreement. As collateral for the indebtedness due, the Debtor and codebtor pledged to FirstBank a 2021 Hamilton Manufactured Home.

2. The Debtor has defaulted on the obligation to maintain insurance on FirstBank's collateral. Even though insurance is escrowed, the Debtor is required to procure the insurance policy to be paid by the escrow. The present policy had expired. The Debtor has now provided FirstBank with proof of current insurance coverage.

3. The Debtor shall maintain comprehensive insurance on the Manufactured Home with FirstBank listed and named as loss payee. Hereafter, if the insurance lapses or is canceled for any reason and is not reinstated within 10 days after such lapse

or cancellation, FirstBank's collateral will be automatically abandoned and the automatic stays of 11 U.S.C. §§ 362 and 1301 shall immediately terminate as to FirstBank's collateral and the codebtor without further order of this Court.

    4.    The attorney fees and costs incurred by FirstBank in the sum of $749.00 shall be added by the Trustee to the plan as a special claim and paid to FirstBank over the remainder of the plan. The Trustee may adjust the wage order as necessary to provide for the increased plan payments.

##END OF ORDER##

Approved:

*/s/* Jeff Rawlings
Attorney for FirstBank

*/s/* Thomas C. Rollins
Attorney for Debtor

*/s/* Jeff Tyree
Attorney for Chapter 13 Trustee

Submitted by:
Jeff Rawlings
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB #4642