**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JEREMY MONTRELL WINTERS                         NO. 24-13917-SDM

### AGREED ORDER ON MOTION TO ABANDON COLLATERAL AND LIFT STAY AND CODEBTOR STAY (Doc 19)

This matter having come on before this Court on the motion of FirstBank to abandon collateral and lift and terminate the automatic stays of 11 U.S.C. §§ 362 and 1301 and the Court having found that the parties are agreeable to the entry of this Order.

IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

1.   The Debtor and codebtor are indebted to FirstBank under a Promissory Note and Security Agreement. As collateral for the indebtedness due, the Debtor and codebtor pledged to FirstBank a 2021 Hamilton Manufactured Home.

2.   The Debtor has defaulted on the obligation to maintain insurance on FirstBank's collateral. Even though insurance is escrowed, the Debtor is required to procure the insurance policy to be paid by the escrow. The present policy had expired. The Debtor has now provided FirstBank with proof of current insurance coverage.

3.   The Debtor shall maintain comprehensive insurance on the Manufactured Home with FirstBank listed and named as loss payee. Hereafter, if the insurance lapses or is canceled for any reason and is not reinstated within 10 days after such lapse

1

or cancellation, FirstBank's collateral will be automatically abandoned and the automatic stays of 11 U.S.C. §§ 362 and 1301 shall immediately terminate as to FirstBank's collateral and the codebtor without further order of this Court.

4. The attorney fees and costs incurred by FirstBank in the sum of $749.00 shall be added by the Trustee to the plan as a special claim and paid to FirstBank over the remainder of the plan. The Trustee may adjust the wage order as necessary to provide for the increased plan payments.

##END OF ORDER##

Approved:

/s/ Jeff Rawlings
Attorney for FirstBank

/s/ Thomas C. Rollins
Attorney for Debtor

/s/ Jeff Tyree
Attorney for Chapter 13 Trustee

Submitted by:
Jeff Rawlings
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB #4642

2

# United States Bankruptcy Court
## Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-13917-SDM |
| Jeremy Montrell Winters | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf0003 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Montrell Winters, 2163 Attala Rd 2127, Mc Cool, MS 39108-9498 |
| intp | + | Koneeka Thomas, 2163 Attala Rd 2127, McCool, MS 39108-9498 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

**Name**      **Email Address**

Jeff D. Rawlings
     on behalf of Creditor FirstBank Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Thomas C. Rollins, Jr.
     on behalf of Debtor Jeremy Montrell Winters trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns
     vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee
     USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4