

SO ORDERED,

Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
JEREMY MONTRELL WINTERS

CHAPTER 13 NO:  
24-13917-SDM

### AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 22), pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, all plan payment arrears through November, 2025, in the approximate amount of $1,431.33 (less any subsequent deposits which may be made to the case in the interim), **including post-petition mortgage arrears, if any (see detail below),** shall be amortized over the remaining plan period, with the Trustee's Office to record the corresponding abatement in her case accounting system.

The Debtor's post–petition mortgage payment arrears through November, 2025, due to **Firstbank** in the approximate amount of $809.01 (less any subsequent disbursements which may be made from this case in the interim) shall be paid on altered basis over the remaining plan period, with regular mortgage payments to commence with December, 2025.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to complete all plan payments within the original confirmed plan period.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors listed herein, and shall file a certificate of service of same with the Court.

###END OF ORDER###

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr.
DEBTOR'S ATTORNEY           w/ permission
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                                    Case No. 24-13917-SDM
Jeremy Montrell Winters                                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                 User: autodocke                 Page 1 of 2
Date Rcvd: Nov 14, 2025             Form ID: pdf0005               Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Montrell Winters, 2163 Attala Rd 2127, Mc Cool, MS 39108-9498 |
| 4500174 | + | Family Choice, 120 Veterans Memorial, Kosciusko, MS 39090-3849 |
| 4500178 | + | Koneeka Thomas, 2163 Attala Rd 2127, Mc Cool, MS 39108-9498 |
| 4500179 | + | Renasant Bank, 411 Hwy 80 E, Clinton, MS 39056-4719 |
| 4500180 | + | Statewide Credit Union, 295 E Layfair Dr, Flowood, MS 39232-9527 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4500169 | + | Email/Text: bankruptcy@1ffc.com | Nov 14 2025 23:37:00 | 1st Franklin, 120 Veterans Memorial, Kosciusko, MS 39090-3849 |
| 4500170 | + | Email/Text: bankruptcynotices@aarons.com | Nov 14 2025 23:37:00 | Aaron's, 170 Parkway Plaza, Kosciusko, MS 39090-3217 |
| 4501839 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 14 2025 23:37:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 4500171 | + | Email/Text: bankruptcy@credencerm.com | Nov 14 2025 23:37:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 4500172 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 14 2025 23:37:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 4500173 | + | Email/PDF: ais.dtv.ebn@aisinfo.com | Nov 14 2025 23:44:58 | Directv, 2230 E. Imperial Hwy, El Segundo, CA 90245-3502 |
| 4500175 | + | Email/Text: tbrasher@firstbankonline.com | Nov 14 2025 23:37:00 | FirstBank, Attn: Bankruptcy, 211 Commerce St, Nashville, TN 37201-1806 |
| 4507013 | + | Email/Text: mhbkr@firstbankonline.com | Nov 14 2025 23:37:00 | FirstBank, 520 W Summit Hill Dr Suite 801, Knoxville, TN 37902-2006 |
| 4500176 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 14 2025 23:37:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 4500177 | + | Email/Text: constance.morrow@mdhs.ms.gov | Nov 14 2025 23:37:00 | Koneeka Thomas, c/o MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 4514177 | | Email/Text: Hannah.durham@renasant.com | Nov 14 2025 23:37:00 | Renasant Bank, ATTN: Bankruptcy Dept, P.O. Box 4140, Tupelo, MS 38803-4140 |
| 4500181 | | Email/Text: bankruptcy@towerloan.com | Nov 14 2025 23:37:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4520066 | + | Email/Text: bankruptcy@towerloan.com | Nov 14 2025 23:37:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 13

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: Nov 14, 2025 | Form ID: pdf0005 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2025              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeff D. Rawlings | on behalf of Creditor FirstBank Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jeremy Montrell Winters trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4