SO ORDERED,



*Selene D. Maddox*

Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:              CHAPTER 13 NO:
JEREMY MONTRELL WINTERS      24-13917-SDM

### AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 22), pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, all plan payment arrears through November, 2025, in the approximate amount of $1,431.33 (less any subsequent deposits which may be made to the case in the interim), **including post-petition mortgage arrears, if any (see detail below)**, shall be amortized over the remaining plan period, with the Trustee's Office to record the corresponding abatement in her case accounting system.

The Debtor's post–petition mortgage payment arrears through November, 2025, due to **Firstbank** in the approximate amount of $809.01 (less any subsequent disbursements which may be made from this case in the interim) shall be paid on altered basis over the remaining plan period, with regular mortgage payments to commence with December, 2025.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to complete all plan payments within the original confirmed plan period.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors listed herein, and shall file a certificate of service of same with the Court.

###END OF ORDER###

**CERTIFICATE OF SERVICE**

I, Todd S. Johns, Chapter 13 Trustee, do hereby certify that I have this day mailed a true and correct copy of the foregoing Order to all affected parties listed therein and/or required to be noticed according to the aforesaid Order, copy of addressees attached, all by United States Mail, postage prepaid.

DATED: 11·17·25 /S/ Todd S. Johns MSB#9587

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr.
DEBTOR'S ATTORNEY    w/ permission
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

THE AGREED ORDER WAS MAILED TO THE FOLLOWING:

FIRSTBANK

520 W SUMMIT HILL DR

STE 801

KNOXVILLE, TN 39702

## Jeff D. Rawlings

P.O. Box 1789

Madison, MS 39130